No. 04–855.  DONOHUE ET AL. *v.* HOEY ET AL.  C. A. 10th Cir. Certiorari denied.

No. 04–896.  DESMYTHER *v.* BOUCHARD, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–912.  LAUCK *v.* ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 04–917.  CARR *v.* CITY OF CISCO, TEXAS, ET AL.  Ct. App. Tex., 11th Dist.  Certiorari denied.

No. 04–918.  NADER ET AL. *v.* CONNOR, SECRETARY OF STATE OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 04–919.  PEACH *v.* ULTRAMAR DIAMOND SHAMROCK ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–920.  SILVAS *v.* REMINGTON OIL & GAS CORP.  C. A. 5th Cir.  Certiorari denied.

No. 04–930.  NWOKE *v.* JONES.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 04–932.  MENDONCA *v.* SUPREME JUDICIAL COURT OF MASSACHUSETTS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 04–933.  TINGLEY ET AL. *v.* CITY OF GRAND RAPIDS, MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–934.  ADAMS *v.* CONTINENTAL AIRLINES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–938.  MILLENDER *v.* ADAMS.  C. A. 6th Cir.  Certiorari denied.

No. 04–941.  HURDLE *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.